# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN GOBLE and PAULA GOBLE, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiffs, | : : | Case No. 2:20-CV-5577 |
| v. | : : | Judge Sarah D. Morrison |
| TRUMBULL INSURANCE COMPANY, | : : | Magistrate Judge Chelsey M. Vascura |
| Defendant. | : : : | Jury Demand |

## PLAINTIFFS' NOTICE OF FILING OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs John Goble and Paula Goble ("Plaintiffs") are filing *under seal* the following deposition transcript, without attached exhibits:

- Heather Albright, taken on August 9, 2023

The deposition above is referenced extensively in Plaintiffs' contemporaneously filed Reply Memorandum in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel.  Said transcript is submitted in full for the Court's convenience, in accordance with S.D. Ohio Local Civ. R. 7.2(e), which states that in such circumstances, the filling party shall "ensure that a copy of the entire transcript or exhibits is timely filed with the Clerk."

|  |  |
|---|---|
| Dated: August 30, 2023. | Respectfully submitted,<br><br>*s/ T. Joseph Snodgrass*<br>T. JOSEPH SNODGRASS (MN #231071)<br>  *(admitted pro hac vice)*<br>**SNODGRASS LAW LLC**<br>100 S. Fifth Street, Suite 800<br>Minneapolis, MN 55402<br>Tel: (612) 448-2600<br>jsnodgrass@snodgrass-law.com<br><br>STEPHEN G. WHETSTONE (OH #0088666)<br>**WHETSTONE LEGAL, LLC**<br>P.O. Box 6, 2 N. Main Street, Unit 2<br>Thornville, OH 43076<br>Tel: (740) 785-7730<br>steve@whetstonelegal.com<br><br>J. BRANDON McWHERTER (TN #21600)<br>  *(admitted pro hac vice)*<br>**MCWHERTER SCOTT BOBBITT PLC**<br>341 Cool Springs Blvd., Suite 230<br>Franklin, TN 37067<br>Tel: (615) 354-1144<br>brandon@msb.law<br><br>ERIK D. PETERSON (KY #93003)<br>  *(admitted pro hac vice)*<br>**ERIK PETERSON LAW OFFICES PSC**<br>100 W. Vine St., Suite 300<br>Lexington, KY 40507<br>Tel: (800) 225-3731<br>erik@eplo.com<br><br>***Attorneys for Plaintiffs***<br>***and Putative Class Representatives*** |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing of Deposition was filed with the Clerk of Courts using the ECF system, which will send notification of such filing to all attorneys of record on August 20, 2023:

>Michael H. Carpenter
>Katheryn M. Lloyd
>Todd L. Minton
>CARPENTER LIPPS & LELAND LLP
>280 Plaza, Suite 1300
>280 North High Street
>Columbus, OH 43215
>carpenter@carpenterlipps.com
>lloyd@carpenterlipps.com
>tminton@carpenterlipps.com
>
>*Attorneys for Defendant*

>*s/ T. Joseph Snodgrass*
>T. Joseph Snodgrass (admitted *pro hac vice*)