# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN GOBLE, et al., | : |
| | : CASE NO. 2:20-CV-5577 |
| Plaintiffs, | : |
| | : JUDGE SARAH D. MORRISON |
| v. | : |
| | : MAGISTRATE JUDGE CHELSEY M. |
| TRUMBULL INSURANCE COMPANY, | : VASCURA |
| | : |
| Defendant. | : |
| | : |
| | : |

## STIPULATED DISMISSAL

This matter having settled, and class certification having been previously denied via Doc. #95 on December 29, 2023, the parties hereby stipulate and agree to the voluntary dismissal, WITH PREJUDICE, of the above-captioned action, and all claims that were asserted, could have been asserted, or should have been asserted by the Gobles against Trumbull therein.  Each party to bear its own costs and fees.

Stipulated and agreed to by;

| | |
|---|---|
| */s/ Stephen G. Whetstone* | */s/ Michael H. Carpenter (auth via phone 7/18/2024)* |
| STEPHEN G. WHETSTONE (88666) | |
| Whetstone Legal, LLC | Michael H. Carpenter (0015733) (Trial Attorney) |
| P.O. Box 6, 2 N. Main Street, Unit 2 | Katheryn M. Lloyd (0075610) |
| Thornville, Ohio 43076 | Tadd L. Minton (0100254) |
| Steve@whetstonelegal.com | Carpenter Lipps LLP |
| | 280 Plaza, Suite 1300 |
| ERIK D. PETERSON (*pro hac vice*) | 280 North High Street |
| (KY Bar #93003) | Columbus, Ohio 43215 |
| ERIK PETERSON LAW OFFICES, PSC | Telephone: (614) 365-4100 |
| 110 W. Vine Street, Suite 300 | Facsimile: (614) 365-9145 |
| Lexington, KY 40507 | carpenter@carpenterlipps.com |
| Tel: (800) 614-1957 | lloyd@carpenterlipps.com |
| erik@eplo.law | |

T. JOSEPH SNODGRASS (*pro hac vice*)
(MN Bar #231071)
Snodgrass Law LLC
100 South Fifth Street
Suite 800
Minneapolis, MN 55402
(612) 448-2600
jsnodgrass@snodgrass-law.com

J. BRANDON McWHERTER (*pro hac vice*)
(TN Bar #21600)
McWHERTER SCOTT BOBBITT PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
Tel: (615) 354-1144
brandon@msb.law

*Attorneys for Plaintiffs John and Paula Goble*

minton@carpenterlipps.com

*Attorneys for Defendant Trumbull Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I caused a true and correct copy of the foregoing notice to be served upon all persons and entities registered and authorized to receive such notice through the Court's Case Management Electronic Case Files (CM/ECF) system.

*/s/ Stephen G. Whetstone*